FILED

Patrick Halpin
2030 Arriba Way
Santa Maria, CA 93458

2012 FEB 17 PM 3: 14

PATRICK HALPIN, IN PRO PER

Fee Paid

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Case No. SACV12-00270-JST(MLGx)

NAME OF PLAINTIFF,

   Patrick Halpin

VS.

NAME OF DEFENDANTS,

   Jaffe & Asher LLP, Robert L. Bachman

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**(Unlawful Debt Collection Practices)**

**BY FAX**

### VERIFIED COMPLAINT

Patrick Halpin ("Plaintiff") alleges the follow against Jaffe & Asher, LLP ("J&A"), Robert L. Bachman ("Bachman"). (Defendants)

### INTRODUCTION

1. Count I of the Plaintiff's Complaints is based on the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").

2. Count II of the Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

3. Count III of the Plaintiff's Complaint is based on the Rosenthal Fair Debt Collection Practices Act, California Code of Civil ("CCP") § 1788 et seq. ("RFDCPA").

COMPLAINT AND DEMAND FOR JURY TRIAL - 1





4. Count IV of the Plaintiff's Complaints is over the Defendant(s) Invasion of Privacy by Intrusion upon Seclusion.

## JURISDICTION AND VENUE

5. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States District Court without regard to the amount in controversy," and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the state claims contained therin.
6. Defendant(s) conduct business in the state of California, and therefore, personal jurisdiction is established.
7. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).
8. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

9. Halpin is a natural person residing in Santa Maria, Santa Barbara County, California.
10. Halpin is a consumer as that term is defined by 15 U.S.C. § 1692a(3) and according to J&A, Halpin owes an alleged debt as that term is defined by 15 U.S.C. § 1692a(5) and CCP § 1788.2(h).
11. Defendant J&A is a law firm in the business of collecting consumer debts by the use of mail. J&A is a debt collector as defined by 15 U.S.C § 1692a(6) and CCP § 1788.2(c). Defendant J&A does business in New York, NY.
12. Defendant Bachman is a California attorney with a principal place of business in Irvine, CA. Defendant Bachman regularly uses the mail to attempt to collect consumer debts alleged to be due

another. Defendant Bachman is a debt collector as defined by 15 U.S.C § 1692a(6) and CCP § 1788.2(c).

**FACTUAL ALLEGATIONS**

13. J&A impermissibly accessed the Plaintiff's consumer file from TransUnion.
14. J&A failed to contact the Plaintiff within five days of initial communication.
15. J&A continued collection efforts even though their alleged claim had not been validated.
16. Bachman threatened to commence legal action against the Plaintiff on behalf of his client.
17. J&A and Bachman ignored the Plaintiff's election of private Binding arbitration.
18. Bachman filed a lawsuit against the Plaintiff in the improper venue.
19. J&A and Bachman's refusal to stop violating the law was an invasion of Plaintiff's privacy and Plaintiff's right to be left alone.

**COUNT I**

**DEFENDANT VIOLATED THE FAIR CREDIT REPORTING ACT**

20. J&A directly violated 15 U.S.C. § 1681b(a)(3)(F)(i) by obtaining a consumer report in preparation for litigation.

**COUNT II**

**DEFENDANT(S) VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

21. J&A directly violated 15 U.S.C. § 1692g(a) by failing to contact

the Plaintiff within five days of initial communication.

22. J&A directly violated 15 U.S.C. § 1692g(b) with continued collection efforts.

23. Bachman directly violated 15 U.S.C. § 1692e(2)(a) and § 1692e(5) by threatening to take action that cannot legally be taken.

24. Bachman directly violated 15 U.S.C. § 1692i(a) by filing a lawsuit in the improper venue.

25. Bachman directly violated 1692a by filing by ignoring the Plaintiff's right to private binding arbitration and filing a public lawsuit.

26. Bachman directly violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress or abuse the Plaintiff in connection with the collection of the alleged debt.

### COUNT III

**DEFENDANT(S) VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

27. J&A directly violated California Civil Code § 1788.17 by failing to contact the Plaintiff within five days of initial communication.

28. Bachman directly violated California Civil Code § 1788.10(f) by threatening to take action that cannot legally be taken.

29. Bachman directly violated California Civil Code § 1788.15(b) by filing a lawsuit in the improper venue.

### COUNT IV.

**INVASION OF PRIVACY BY INTRUSION UPON SECLUSION**

30. Bachman violated the Plaintiff's right to privacy when he filed a

public lawsuit after the Plaintiff has elected to resolve his alleged claim with private binding arbitration.

WHEREFORE, the Plaintiff, Patrick Halpin, respectfully requests judgment to be entered against the Defendant's, Jaffe & Asher LLP and Robert L. Bachman, for the following:

31. Declaratory judgment that Jaffe & Asher LPP violated the Fair Credit Reporting Act.
32. Declaratory judgment that the Jaffe & Asher and Robert L. Bachman violated the Federal Debt Collection Practices Act.
33. An award of statutory damages of $1,000 pursuant to the Rosenthal Debt Collection Practices Act, CPP § 1788.30B against Jaffe & Asher, LLP.
34. An award of statutory damages of $1,000 pursuant to the Rosenthal Debt Collection Practices Act, CPP § 1788.30B against Robert L. Bachman.
35. An award of statutory damages of $1,000 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C 1692k(a)(2)(A) against Jaffe & Asher, LLP.
36. An award of statutory damages of $1,000 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C 1692k(a)(2)(A) against Robert L. Bachman.
37. An award of statutory damages of $1,000 pursuant to the Fair Credit Reporting Act § 1681N. In the alternative, were negligent, entitling the Plaintiff to recover under FCRA § 1681O.
38. For an award of actual damages from Robert L. Bachman for the all damages as a result of the intentional, reckless, and/or negligent

    FDCPA violations and intentional, reckless, and/or negligent state law violations in an amount to be determined at trial.

39. Actual damages,

40. Punitive damage; and

41. Costs and reasonable fees pursuant to the Rosenthal Fair Debt Collection Practices Act, CPP § 1788.30C along with the Fair Debt Collection Practices Act, 15 U.S.C 1692K.

42. For such other and further relief as may be just and proper.

DATED: February 17, 2012        BY: _____
                                          Patrick Halpin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

### SACV12- 270 JST (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Patrick Halpin
110 Mary Ave, PMB 2-160
Nipomo, CA 93444
805-310-4161
jeepbaja@gmail.com

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Patrick Halpin | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV12-00270-JST(MLGx) |
| v. | |
| Jaffe & Asher LLP, Robert L. Bachman | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Patrick Halpin_____, whose address is _110 Mary Ave, PMB 2-160, Nipomo, CA 93444_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: FEB 17 2012

By: ANDRES PEDRO
Deputy Clerk

(Seal of the Court)
1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY

CV-01A (10/11)   SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Patrick Halpin, in Pro Per

**DEFENDANTS**
JAffe & Asher LLP
Robert L. Bachman

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C Section 1692, et all.

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: SACV12-00270-JST (MLGx)   BY FAX

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | New York County, New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date February 17, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |