| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>Patrick Halpin<br>110 Mary Ave, PMB 2-160<br>Nipomo, CA 93444<br>805-310-4161<br>jeepbaja@gmail.com | FILED<br>2012 FEB 17 PM 3: 14<br>COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY |
| ATTORNEYS FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Halpin<br><br>Plaintiff(s),<br>v.<br><br>Jaffe & Asher, LLP<br>Robert L. Bachman<br>Defendant(s) | CASE NUMBER:<br>SACV12-00270-JST(MLGx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD: **BY FAX**

The undersigned, counsel of record for Patrick Halpin
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| **PARTY** | **CONNECTION** |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Patrick Halpin | Party |
| Jaffe & Asher, LLP | Party |
| Robert L. Bachman | Party |

February 17, 2012                                    _[signature]_
Date                                                            Sign

Patrick Halpin
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES