```
                                                              FILED

                                                         2012 FEB 24 PM 12:31

1  none, Bar No: none          (805) 310-4161           CLERK U.S. DISTRICT COURT
   Patrick Halpin                                        CENTRAL DIST. OF CALIF.
2  110 Mary Ave                                                SANTA ANA
   Nipomo, CA  93444
3

4  Representing: In Pro Per    File No.none
```

United States District Court, Central District of California

Central District of California - District - Santa Ana

**BY FAX**

Patrick Halpin

    Plaintiff/Petitioner

vs.

Jaffe & Asher, LLP, et al.

    Defendant/Respondent

Case No: SA CV12-00270-JST(MLGx)

Proof of Service of:

    Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, Notice of Assignment to United States Magistrate Judge for Discovery, Notice to Counsel, Clerk's Office Packet

Service on:
    Robert L. Bachman

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

OL# 6770760

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> none, none <br> Patrick Halpin <br> 110 Mary Ave PMB 2-160 <br> Nipomo, CA 93444 <br> TELEPHONE NO.: (805) 310-4161 <br> ATTORNEY FOR (Name): In Pro Per | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court, Central District of California <br> 411 West Fourth St <br> Santa Ana, CA 92701 | |
| PLAINTIFF/PETITIONER: Patrick Halpin <br> DEFENDANT/RESPONDENT: Jaffe & Asher, LLP, et al. | CASE NUMBER: <br> SA CV12-00270-JST(MLGx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, Notice of Assignment to United States Magistrate Judge for Discovery, Notice to Counsel, Clerk's Office Packet

**BY FAX**

3. a. Party served: Robert L. Bachman

   b. Person Served: party in item 3a

4. Address where the party was served: 19100 Von Karman Ave STE 380
   Irvine, CA 92612

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 2/21/2012   (2) at (time): 2:42 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. Name: Andrew Swatzell
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 62.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: PSC # 2246
         (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/23/2012

Andrew Swatzell
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 6770760