# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 12-270-JST(MLGx) | Date | April 12, 2012 |
|---|---|---|---|
| Title | PATRICK HALPIN v. JAFFE AND ASHER LLP, et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL
                              RETURNABLE: MAY 11, 2012

     Counsel is hereby ordered to show cause in writing no later than **May 11, 2012**, why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of an appropriate response.

     Counsel is advised that the Court will consider either the filing of responsive pleadings to the complaint by all defendants in accordance with the Federal Rules of Civil Procedure and the Local Rules, and/or applications by plaintiff for entry of clerk's default as to said defendants, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

|  | : |  |
|---|---|---|
| Initials of Preparer | enm | |