Patrick Halpin
2030 Arriba Way
Santa Maria, CA 93458

PATRICK HALPIN, IN PRO PER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NAME OF PLAINTIFF,<br><br>    Patrick Halpin<br><br>VS.<br><br>NAME OF DEFENDANTS,<br><br>    Jaffe & Asher LLP, Robert L. Bachman | Case No: SACV 12-270-JST (MLGx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

### TO ALL PARTIES PLEASE TAKE NOTICE

Patrick Halpin ("Plaintiff") has reached an acceptable settlement with Jaffe & Asher, LLP and Robert L. Bachman ("Defendants) on May 07, 2012. The Plaintiff dismisses the herin lawsuit with prejudice pursuant to FRCP (a)(1)(i). Each party shall bear their own costs and expenses.

DATED: May 07, 2012                BY: _____
                                        Patrick Halpin

NOTICE OF DISMISSAL WITH PREJUDICE - 1